UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY LYNNE JARRETT, | No. 2:21-cv-01386 AC |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

Plaintiff filed this Social Security case on August 4, 2021. ECF No. 1. On August 9, 2021, plaintiff was issued Consent/Decline forms with a due date of November 12, 2021. ECF No. 5. The court recognizes that the issuance of the stay and the requirement of submitting Consent/Decline forms may appear contradictory. Nonetheless, to efficiently move social security cases forward as stays are lifted, these deadlines must be met. Accordingly, plaintiff is ORDERED to submit Consent/Decline forms no later than November 24, 2021. The case remains otherwise stayed.

IT IS SO ORDERED.

DATED: November 16, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE