JESSE S. KAPLAN    CSB#103726
5441 Fair Oaks Bl. Ste. C-1
Carmichael, CA   95608
916/488-3030
916/489-9297 fax

**Attorney for Plaintiff**
**KELLY LYNNE JARRETT**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| KELLY LYNNE JARRETT, | No.   2:21-CV-01386-AC |
| Plaintiff, | |
| | STIPULATION AND  [proposed] ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| Kilolo Kijakazi, ACTING COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

   IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to September 5, 2022.

   This is a first extension of approximately three weeks, requested because of plaintiff's counsel's briefing schedule and plans to be out of town during some of the intervening period

[Pleading Title] - 1

Dated:  August 17, 2022                                    /s/    *Jesse S. Kaplan*
                                                           JESSE S. KAPLAN
                                                           Attorney for Plaintiff

Dated:  August 17, 2022                                    　/s/ per e-mail authorization

                                                           PATRICK WILLIAM SNYDER
                                                           Special Assistant U.S. Attorney
                                                           Attorney for Defendant

## ORDER

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment is extended to September 5, 2022.

SO ORDERED.

Dated: August 17, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE