PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation, Office 7
CASPAR CHAN
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: 510-970-4810
    Facsimile: 415-744-0134
    Email: Caspar.Chan@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| KELLY JARRETT,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 2:21-cv-01386-AC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND BRIEFING SCHEDULE** |

The parties stipulate through counsel that Defendant, the Acting Commissioner of Social Security (the "Commissioner"), shall have an extension of thirty (30) days to respond to Plaintiff's Motion for Summary Judgment in this case. In support of this request, the Commissioner respectfully states as follows:

1. The Commissioner's response to Plaintiff's Motion for Summary Judgment was due October 20, 2022. This is Defendant's first request for an extension of this deadline.

2. Following the lifting of the stay, briefing of disability matters increased significantly. As of last month, Counsel for the Commissioner had twenty matters with briefing deadlines in the following forty-five days. Counsel currently has seventeen matters with briefing deadlines in the next forty-five days. Accordingly, Counsel has received assistance from other attorneys within the agency for briefing matters in the District Court. Due to a miscommunication regarding the transfer of cases, the briefing of this matter was inadvertently and mistakenly overlooked. Counsel apologizes to Plaintiff and the Court for the delay associated with this extension.

3. Counsel for the Commissioner has consulted with Plaintiff's counsel who advised that he has no objections.

4. This request is made in good faith and is not intended to delay the proceedings.

WHEREFORE, Defendant requests until November 20, 2022, to respond to Plaintiff's Motion for Summary Judgment.

Date: _October 24, 2022_                JESSE S. KAPLAN, ATTORNEY AT LAW

By:   _/s/ Caspar Chan for Jesse S. Kaplan*_
JESSE S. KAPLAN
*Authorized by email on October 24, 2022*
Attorneys for Plaintiff

Date: _October 24, 2022_                PHILIP A. TALBERT
United States Attorney
Eastern District of California

By:   _/s/ Caspar Chan_
CASPAR CHAN
Special Assistant United States Attorney
Attorneys for Defendant

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

<u>ORDER</u>

APPROVED AND SO ORDERED

DATED: October 24, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE