JESSE S. KAPLAN    CSB#103726
5441 Fair Oaks Bl. Ste. C-1
Carmichael, CA   95608
916/488-3030
916/489-9297 fax

Attorney for Plaintiff
KELLY LYNNE JARRETT

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| KELLY LYNNE JARRETT, | No.   2:21-CV-01386-AC |
| Plaintiff, | |
| | STIPULATION AND  [proposed] ORDER FOR  EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY BRIEF |
| v. | |
| Kilolo Kijakazi, ACTING COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |
| _____/ | |

    IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to December 19, 2022.

    This is a first extension, requested because of other briefing and work plaintiff's counsel must finish first, extending time about two weeks.

[Pleading Title] - 1

Dated:   December 7, 2022                              /s/     *Jesse S. Kaplan*
                                                      JESSE S. KAPLAN
                                                      Attorney for Plaintiff


Dated:  December 7, 2022                               */s/ per e-mail authorization*

                                                      RYAN LU
                                                      Special Assistant U.S. Attorney
                                                      Attorney for Defendant


## **ORDER**

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a reply brief is extended to December 19, 2022.

SO ORDERED.

Dated: December 8, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE